# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| NATIONAL WESTERN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY WALLY BERSETH, an individual; DIANE MARIE BILOTTI, an individual; and MICHAEL BLAIR, an individual,<br><br>Defendants. | Case No. 8:22-CV-01549-CJC-KES<br>Judge: Hon. Cormac J. Carney<br>Magistrate: Hon. Karen E. Scott<br><br>**JUDGMENT PURSUANT TO STIPULATION**<br><br>Complaint Filed: August 19, 2022 |

JUDGMENT


# JUDGMENT

As set forth in the Joint Stipulation for Entry of Judgment between Plaintiff National Western Life Insurance Company ("NWLIC") and Defendant Diane Bilotti (Dkt. No. 40), the Court enters judgment as follows:

1. **JUDGMENT IS HEREBY ENTERED** in favor of Defendant Diane Bilotti and against NWLIC in the amount of $409,326.19;

2. Interest shall accrue on the judgment at the rate of $14.46 per day until payment is sent from NWLIC to counsel for Bilotti by overnight delivery; and

3. Aside from NWLIC's reasonable attorney's fees and costs as set forth in the Parties' Stipulation for Entry of Judgment and incorporated into the amount of the Stipulated Judgment, each Party shall bear its own attorney's fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED:   March 22, 2023

*[signature]*

The Honorable Cormac J. Carney
United States District Judge

**CC: FISCAL**